UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| FRANKIE INMAN-ARBO, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER ALMY, ) <br> ) <br> Defendant ) | No. 1:25-cv-86-LEW |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 6, 2025, United States Magistrate Judge John C. Nivison filed with the court, with copies to the parties, his Recommended Decision on Plaintiff's failure to prosecute (ECF No. 11). The docket reflects that Plaintiff has not heeded the Court's directive, in April 2025, to indicate his willingness to incur the expense of the filing fee over time. The Court reminded Plaintiff of this directive by Order to Show Cause in May 2025 (ECF No. 10), and even as of the Magistrate Judge's June 6, 2025, Recommended Decision, Plaintiff still had time to respond by way of objection to the Recommended Decision.

The time within which to file an objection expired on June 20, 2025, and no objection was filed. The Magistrate Judge notified Plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED (ECF No. 11). The case is dismissed without prejudice.

**SO ORDERED.**

Dated this 10th day of July, 2025.

/s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE